# United States Bankruptcy Court
### Eastern District of New York

In re: **Fred R Kotkes**
**Anna F Kotkes**
Debtor(s)

Case No. _____
Chapter **7**

## VERIFICATION OF CREDITOR MATRIX

The above named debtor(s) or attorney for the debtor(s) hereby verify that the attached matrix (list of creditors) is true and correct to the best of their knowledge.

Date: **October 3, 2018**     /s/ **Fred R Kotkes**
                              **Fred R Kotkes**
                              Signature of Debtor

Date: **October 3, 2018**     /s/ **Anna F Kotkes**
                              **Anna F Kotkes**
                              Signature of Debtor

Date: **October 3, 2018**     /s/ **Michael G. Mc Auliffe**
                              Signature of Attorney
                              **Michael G. Mc Auliffe**
                              **The Law Office of Michael G. Mc Auliffe**
                              **68 South Service Road**
                              **Suite 100**
                              **Melville, NY 11747**
                              **516-927-8413   Fax: 516-927-8414**

Al H. Thomas
510 Berkley Square
Memphis, TN 38120


American Express
c/o Stephen Einstein &
Associates, PC
39 Broadway, Suite 1250
New York, NY 10006


Cach, LLC.
c/o Kirschebaum & Phillip
40 Daniel Street, Ste 7
PO Box 9000
Farmingdale, NY 11735


Capital One Bank
c/o Pressler & Pressler
305 Broadway, 9th Floor
New York, NY 10007


Capital One Bank, NA
c/o Selip & Stylianou LLP
199 Crossways Park Drive
PO Box 9004
Woodbury, NY 11797


Chase Bank
c/o Mulooly, Jeffrey,
Rooney & Flynn, LLP
4 Bridge Street
Glen Cove, NY 11542


Debt Recovery Solutions
900 Merchants Concourse
Westbury, NY 11590


Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101


LVNV Funding LLC.
PO Box 10497
Greenville, SC 29603

```
LVNV Funding, LLC
c/o Rubin & Rothman LLC
1787 Veterans Highway
Suite 32
Islandia, NY 11749


Midland Funding LLC
c/o Pressler & Pressler
305 Boradway
9th Floor
New York, NY 10007


NYC Water Board
PO Box 11863
Newark, NJ 07101


NYS Dept of Tax & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205


PSEG Long Island
PO Box 888
Hicksville, NY 11802


SPS
PO Box 65250
Salt Lake City, UT 84165


Target Nat'l Bank
c/o Selip & Stylianou
199 Crossways Park Drive
Woodbury, NY 11797


US Bank National Assoc.
c/o Gross Polowy, LLC.
1775 Wehrle Drive
Suite 100
Buffalo, NY 14221
```