**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

―――――――――――――――――――――――――

In Re:

Fred R. Kotkes,  Case No.: 1-18-45733-ess
 Chapter 7

           Debtor.

―――――――――――――――――――――――――

**NOTICE OF APPEARANCE WITH REQUEST FOR COPIES OF ALL ORDERS, NOTICES, AND PLEADINGS UNDER BANKRUPTCY RULES 2002(g) AND 9010(b)**

Franklin Credit Management Corporation, as servicer for Deutsche Bank National Trust Company, as certificate trustee on behalf of Bosco Credit II Trust Series 2010-1 , a creditor in the above-captioned case, hereby appears and requests, pursuant to Bankruptcy Rules 2002(g) and 9010(b), that (i) it receive copies of all notices, pleadings, proposed orders and conformed copies of orders filed in this case; and that (ii) all such documents be directed to counsel at the address set forth below.

Dated: New York, New York
       December 18, 2018

                                               **LEOPOLD & ASSOCIATES, PLLC**

                                               By: */s/ Mina M. Beshara*
                                                  Mina M. Beshara, Esq.
                                                  LEOPOLD & ASSOCIATES, PLLC
                                                  *Attorneys for Creditor*
                                                  80 Business Park Drive, Suite 110
                                                  Armonk, New York 10504
                                                  Telephone: (914) 219-5787

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF NEW YORK**

---

In Re:

Fred R. Kotkes,   Case No.: 1-18-45733-ess
                  Chapter 7

       Debtor.

---

## CERTIFICATE OF SERVICE

      I, Mina M. Beshara, respectfully represent that I am over eighteen years of age and reside in New York, New York, and that on December 18, 2018, I served the within Notice of Appearance with Request for Copies of all Orders, Notices, and Pleadings pursuant to Bankruptcy Rules 2002(g) and 9010(b) by depositing a true copy thereof, properly enclosed in a securely closed and duly post-paid wrapper in a depository regularly maintained by the United States Postal Service in the City of New York, New York, directed as follows:

| | |
|---|---|
| Fred R. Kotkes & Anna F Kotkes<br>765 Elvira Avenue<br>Far Rockaway, NY 11691 | Michael G McAuliffe<br>68 South Service Road<br>Suite 100<br>Melville, NY 11747 |
| David J. Doyaga<br>26 Court Street<br>Suite 1601<br>Brooklyn, NY 11242 | United States Trustee<br>U.S. Federal Office Building<br>201 Varick Street, Suite 1006<br>New York, NY 10014 |

                                                            /s/ Mina M. Beshara